# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **THOMAS ELLISON** | Case No.   **1:11CR10035-001** |
| | USM No.   11432-010 |
| | Alex Wynn |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Conditions listed below   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition #3 - Use of Controlled Substance | 11/02/2019 |
| Two | Mandatory Condition #1 – New Crime – DWI 4th | 12/25/2019 |
| Three | Special Condition #2 – Fail to Comply with SATP | 12/30/2019 |
| Four | Standard Condition #2 – Fail to Report to USPO | 01/08/2020 |
| Five | Standard Condition #9 – Fail to Report Contact w/ Law Enforcement | 12/25/2019 |
| Six | Standard Condition #2 – Fail to Report to USPO | 12/01/2020 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.   0397 | October 19, 2021 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1981 | *Susan O. Hickey* |
| | Signature of Judge |
| City and State of Defendant's Residence: | |
| Magnolia, Arkansas | Susan O. Hickey, Chief United States District Judge |
| | Name and Title of Judge |
| | October 19, 2021 |
| | Date |

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: THOMAS ELLISON
CASE NUMBER: 1:11CR10035-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**Twenty-one (21) months to run consecutive to any undischarged sentence in Columbia County Circuit Court case no: 14CR-20-57-5. No term of supervised release to follow imprisonment.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends confinement at Texarkana FCI or a BOP facility near El Dorado, Arkansas.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL